

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2015

No. 04-11-00173-CR

Charlton Ellison **BRADSHAW**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR12809A
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

This court issued its mandate in appeal number 04-11-00173-CR on November 16, 2012. On July 27, 2015, citing appeal number 04-11-00173-CR, pro se appellant Charlton Ellison Bradshaw filed a motion asking this court to provide him a copy of State's Exhibit 35. He advised this court he has not been able to obtain a copy of the exhibit and he is being denied his right to appellate relief.

This court's plenary power in appeal number 04-11-00173-CR has expired; this court no longer has jurisdiction in that appeal. *See* TEX. R. APP. P. 19.1 (plenary power period); *id.* 19.3 ("After its plenary power expires, the court cannot vacate or modify its judgment.").

Further, this court has "no jurisdiction over post-conviction writs of habeas corpus in felony cases." *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding); *accord* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015). Post-conviction writs of habeas corpus are to be filed in the trial court in which the conviction was obtained and made returnable to the Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07(b).

To obtain a free copy of the record to prepare a post-conviction writ of habeas corpus, Appellant must file a motion in the trial court in which the conviction was obtained and demonstrate that his claim is not frivolous and that the record is needed to decide the issues presented. *See United States v. MacCollom*, 426 U.S. 317, 325–26 (1976); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, no pet.).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2015.

Keith E. Hottle
Clerk of Court